IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANSKO HOLDINGS, INC.,**<br>**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **BENEFIT TRUST COMPANY,**<br>**Defendant.** | **NO. 16-324** |

## ORDER

**AND NOW**, this 21st day of November, 2017, upon consideration of Plaintiffs' Motion to Compel (Doc. No. 47, filed April 14, 2017) and Defendant's Response to Plaintiffs' Motion to Compel (Doc. No. 48, filed April 24, 2017), for the reasons set forth in the accompanying Memorandum dated November 21, 2017, **IT IS ORDERED** that Plaintiffs' Motion to Compel is **GRANTED IN PART** and **DENIED IN PART,** as follows:

1. Plaintiffs' Motion is **GRANTED** with respect to defendant's privilege log entries 2, 15, 16 and 17, on the ground that defendant failed to establish that the communications were protected under the attorney-client privilege;

2. Plaintiffs' Motion is **DENIED** with respect to defendant's privilege log entries 3, 4, 6, 7, 8, 9, 10, 12, 13, 14, 18, 19, 20, 21, 26, 27, 28, 29, 30, on the ground that those entries were properly withheld under the attorney-client privilege;

3. Plaintiffs' Motion is **DENIED** with respect to defendant's privilege log entries 22, 23, 24, and 25, on the ground that those entries were properly withheld as attorney work product.

**IT IS FURTHER ORDERED** that, with the guidance provided in the attached Memorandum, the parties shall meet and confer in an effort to resolve all further disputes over documents withheld under the attorney-client privilege and work product doctrine without the need for Court intervention. No further motions or other requests for Court intervention with

respect to such issues shall be presented to the Court without first addressing the dispute in a telephone conference scheduled for that purpose.

**IT IS FURTHER ORDERED** that a telephone conference for the purpose of scheduling further proceedings will be conducted in due course.

BY THE COURT:

/s/ Jan E. DuBois
DuBOIS, JAN E., J.